UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY DANIEL WILLETT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMUNITY HEALTH PLAN OF WASHINGTON,<br><br>　　　　　　　　Defendant. | No.  CV-13-5039-EFS<br><br>**ORDER DISMISSING COMPLAINT AND CLOSING FILE** |

　　By Order filed May 24, 2013, the Court advised Plaintiff Harry Daniel Willett of deficiencies in his Complaint and granted him leave to amend.  ECF No. 5.  He is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.

　　In his Complaint, Plaintiff alleges that Defendant Community Health Plan of Washington, a health care organization, intentionally inflicted cruel and unusual punishment in violation of the Eighth Amendment and 42 U.S.C. § 1983.  In screening the Complaint pursuant to 28 U.S.C. § 1915(e), the Court advised Plaintiff that he could not seek damages against private entities for constitutional violations. *See Corr. Servs. Corp. v. Malesko*, 534 U.S. 61, 66 (2001).  Because the Complaint did not indicate that Defendant was a government entity or officer acting under color of federal law, the Court found that Plaintiff had failed to state a claim upon which relief could be granted.

ORDER DISMISSING COMPLAINT AND CLOSING FILE - 1

Although the Court provided Plaintiff with sixty (60) days to amend his Complaint, Plaintiff failed to amend or timely seek an extension of the deadline. Therefore, for the reasons set forth in the Court's May 24, 2013 Order, ECF No. 5, the Court now dismisses this action and directs the Clerk's Office to close this file.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Complaint, **ECF No. 4,** is **DISMISSED WITH PREJUDICE**.
2. The Clerk's Office is directed to **ENTER JUDGMENT** in favor of all Defendants.
3. All pending hearings, deadlines, and motions are **STRICKEN**.
4. The Clerk's Office is directed to **CLOSE** this file.
5. The Court **CERTIFIES** that any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk's Office is directed to enter this Order and forward a copy to Plaintiff at his last-known address.

**DATED** this <u>24th</u> day of July 2013.

> s/Edward F. Shea
> EDWARD F. SHEA
> Senior United States District Judge

Q:\EFS\Civil\2013\5039.dismiss.close.lc2.docx

ORDER DISMISSING COMPLAINT AND CLOSING FILE - 2