UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| HARRY DANIEL WILLETT,<br><br>                     Plaintiff,<br><br>          v.<br><br>COMMUNITY HEALTH PLAN OF WASHINGTON,<br><br>                     Defendant. | No. CV-13-5039-EFS<br><br>**ORDER DISMISSING COMPLAINT AND CLOSING FILE** |

By Order filed May 24, 2013, the Court advised Plaintiff Harry Daniel Willett of deficiencies in his Complaint and granted him leave to amend. ECF No. 5. He is proceeding *pro se* and *in forma pauperis*; Defendants have not been served.

In his Complaint, Plaintiff alleges that Defendant Community Health Plan of Washington, a health care organization, intentionally inflicted cruel and unusual punishment in violation of the Eighth Amendment and 42 U.S.C. § 1983. In screening the Complaint pursuant to 28 U.S.C. § 1915(e), the Court advised Plaintiff that he could not seek damages against private entities for constitutional violations. *See Corr. Servs. Corp. v. Malesko*, 534 U.S. 61, 66 (2001). Because the Complaint did not indicate that Defendant was a government entity or officer acting under color of federal law, the Court found that Plaintiff had failed to state a claim upon which relief could be granted.

ORDER DISMISSING COMPLAINT AND CLOSING FILE - 1

1    Although the Court provided Plaintiff with sixty (60) days to
2 amend his Complaint, Plaintiff failed to amend or timely seek an
3 extension of the deadline.  Therefore, for the reasons set forth in
4 the Court's May 24, 2013 Order, ECF No. 5, the Court now dismisses
5 this action and directs the Clerk's Office to close this file.
6    Accordingly, **IT IS HEREBY ORDERED:**
7    1.   The Complaint, **ECF No. 4,** is **DISMISSED WITH PREJUDICE**.
8    2.   The Clerk's Office is directed to **ENTER JUDGMENT** in favor
9         of all Defendants.
10   3.   All pending hearings, deadlines, and motions are **STRICKEN**.
11   4.   The Clerk's Office is directed to **CLOSE** this file.
12   5.   The Court **CERTIFIES** that any appeal of this dismissal would
13        not be taken in good faith.
14   **IT IS SO ORDERED**.  The Clerk's Office is directed to enter this
15 Order and forward a copy to Plaintiff at his last-known address.
16   **DATED** this 24th day of July 2013.

                            s/Edward F. Shea
                            EDWARD F. SHEA
                    Senior United States District Judge